UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JAMES D. MASI,

                                    CV-04-1297 (TCP)(ETB)
        Plaintiff,

      -against-

                                    **ORDER**

UNUM PROVIDENT CORPORATION,

        Defendants.
---------------------------------------------------------X
PLATT, District Judge

      On February 3, 2005 Magistrate Judge E. Thomas Boyle issued a Report and Recommendation in which he recommended that the action be stayed pending the outcome of a claim reassessment by Unum and that the action be restored pursuant to any party's application filed no later than January 2, 2007. No objection was filed within ten (10) days of the service of the Report and Recommendation. The Report and Recommendation is hereby adopted and affirmed.

SO ORDERED.

                                                          _____
                                                          Thomas C. Platt, U.S.D.J.

Dated:   Central Islip, NY
            April ___, 2005